1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  RHONDA TIMMONS,                        No. CIV S-06-2609-CMK

12              Plaintiff,

13       vs.                               <u>ORDER</u>

14  MICHAEL J. ASTRUE,[1]
    Commissioner of Social Security,

15
                Defendant.
16
    _____/
17

18          Plaintiff, who is proceeding with retained counsel, brings this action for judicial

19  review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On

20  January 25, 2007, the court directed plaintiff to show cause why this action should not be

21  dismissed for plaintiff's failure to notify this court that service documents had been submitted to

22  the U.S. Marshal.  On January 26, 2007, plaintiff's counsel filed a response indicating that

23  service documents had been submitted, which is confirmed by defendant's appearance in this

24  _____

25          [1]     Pursuant to Federal Rule of Civil Procedure 25(d), Michael J. Astrue is
    substituted for his predecessor.  The Clerk of the Court is directed to update the docket to reflect
26  the above caption.

                                          1

1  action on March 5, 2007.  Good cause having been demonstrated, the order to show cause is

2  discharged.

3               IT IS SO ORDERED.

4  DATED:   March 6, 2007.

5

6                                                                  **CRAIG M. KELLISON**

7                                                                 UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26