1  **JESSE S. KAPLAN CSB# 103726**
   **5441 Fair Oaks Bl. Ste. C-1**
2  **Carmichael, CA    95608**
   **(916) 488-3030**
3  **(916) 489-9297 fax**

4  **Attorney for Plaintiff**
   **RHONDA TIMMONS**

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

12 **RHONDA TIMMONS,**                          No. 2:06-CV-2609-CMK

13                Plaintiff,
                                               **STIPULATION TO EXTEND**
14 v.                                          **TIME FOR PLAINTIFF TO**
                                               **FILE OPENING BRIEF**
15 **MICHAEL ASTRUE,**
   **Commissioner of Social Security,**
16
                   Defendant.
17 _____/

18                              <u>STIPULATION</u>

19       It is hereby stipulated between the parties, through their undersigned attorneys, that plaintiff
20 shall have an extension of time to 30 days from the date of this order in which to file a motion for
21 summary judgment.  No previous extensions have been requested.
22       SO STIPULATED.
23 DATED:      July 25, 2007                    /s/   *Jesse S. Kaplan*
24                                              JESSE S. KAPLAN
                                                Attorney for Plaintiff
25                                              RHONDA TIMMONS

26 DATED:      August 8 , 2007                  */s/   Donna M. Montano*
27                                              DONNA M. MONTANO
                                                Special Asst. U.S. Attorney
28                                              Attorneys for Defendant

                                         1

ORDER

GOOD CAUSE APPEARING from the above stipulation, IT IS ORDERED that plaintiff shall have thirty (30) days from the date of this order within which to file a motion for summary judgment.

DATED: August 8, 2007.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE